## Mitchell H. Cohen Building & U.S. Courthouse
### 4th & Cooper Streets - Camden, NJ 08101

Jerry L. King Jr., Executor, Sui Juris
for FRANCES  H KING ESTATE &
Lawful Owner
Plaintiff(s)

**V.)**
BROCK & SCOTT PLLC
302 Fellowship Road - Suite 130
Mt. Laurel, N.J. 08054
Michael Brock, Jason Branham,
Jeremy Wilkins, Naser Selmanovic,
Debbie Stevenson, Judge Michael Blee
Judge M. Susan Sheppard, Judge Joseph L. Marczyk,
Judge Stanley L. Bergman, Jr., Judge John C. Porto
Judge James P. McClain, Judge Sarah Beth Johnson,
Judge Michael A. Winkelstein, Judge Richard Geiger,
Karen M Williams, Renee Marie Bumb, Ann Marie Donio
Noel L. Hillman, Sharon A. King, Robert B. Kugler,
Christine P. O'Hearn, Joseph H. Rodriguez, Matthew J. Skahill
Charles Scharf, CEO WELLS FARGO BANK
Michael P. Santomassimo, CFO WELLS FARGO BANK
Atlantic County Superior Court Case Docket #F-001558-20
WELLS FARGO BANK
Defendant(s)

RECEIVED

AUG 0 9 2022

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Docket # _____

## CIVIL COMPLAINT & AFFIDAVIT IN THE NATURE OF A DEMAND FOR QUIET TITLE ACTION AND REDRESS OF INJURIES UNDER AUTHORITY OF 42 U.S. CODE § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS, THE CIVIL R.I.C.O. ACT, 18 U.S.C. § 242, THE FAIR DEBT COLLECTIONS PRACTICES ACT & FOR VIOLATIONS UNDER AND NOT LIMITED TO 15 U.S.C. 1601 ET SEQ., 15 USC 1692G., 15 U.S. Code § 1602, Federal Law: 18 U.S.C. §§ 371(Conspiracy), 1001, 1011, 1018, 1341- 1349(Mail fraud), 1951(Hobbs Act), 1961-1968(Rico Act), 11 USC 109.

I AM, Royal Knight Commander Jerry L. King Jr., Executor of the FRANCES H KING ESTATE, a Living Soul, an aggrieved party, of sound mind and body, not a fiction or corporation, nor a minor nor subject/ward of the state but American National, real party of interest & lawful owner of domicile at 1310 Harrison Ave, Pleasantville N.J. 08232 compels this Court under authority of 42 U.S. CODE § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS, 15 USC 1692g, 15 U.S. Code § 1602, the Civil R.I.C.O. Statute, 15 USC 1601 et seq. hereinafter "The Act." Also, pursuant to Rule 65 of the Federal Rules of Civil Procedure and a Suit to Quiet the Title. Plaintiff moves this Court to adjure WELLS FARGO BANK/ HOME MORTGAGE, alleged owner of Acct. #0482566148 from further Dolus foreclosure action (State Court Docket # F-001558-20) as they have chosen to violate court rules by attempting to pursue an unlawful action on my property located at 1310 Harrison Ave, Pleasantville, N.J.

08232 aka Block __21__, Lot _4_ which has been paid off in full. **WELLS FARGO BANK** has a long & detailed history of unlawful foreclosure actions and has been found guilty of fraudulent foreclosure by 49 different attorney generals all over the United States (See attached exhibits). Investigators at the Department of Housing & Urban Development reported continuous blatant violations by **WELLS FARGO BANK** as it pertains to unlawful foreclosure matters.

Additionally, *The exercise & facilitation of Law is An Occupation of Common Right! Sims v. Aherns, 271 S.W. 720 (1925). The 6th Amendment is also very specific, that the accused only has the right to the assistance of counsel and this assistance of counsel Can be anyone the accused chooses without limitation.*
Executor has made multiple requests for adherence to due process of law and accurate case facilitation. However, they were ignored by BROCK & SCOTT PLLC, Naser Selmanovic, Esq., Debbie Stevenson, Judge Michael Blee, Judge Richard Geiger, Judge M. Susan Sheppard and WELLS FARGO CEO CHARLES W. SCHARF, WELLS FARGO BANK, NA AND IT'S AFFILIATES AND/OR SUBSIDIARIES

WELLS FARGO HOME MORTGAGE. Attorney **Naser Selmanovic, Esq**. and the defendant's have given these proceedings the *appearance of law*, operating under the guise of it being a real court of law but have actually been operating under *"Color of Law"* in violation of *18 U.S. Code § 242 - Deprivation of rights under color of law: Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both;*

The actions of the defendants have been egregious, unscrupulous and unlawful. One would think that these *"officers of the court"* who Swore Oaths to uphold the law would think twice before blatantly violating it. However, their color of law actions now exposed bring with them punitive actions. Federal law is unforgiving and says these acts cannot be done without severe penalties ensuing. The defendants have slowly, methodically and systematically encroached upon the Executors' and/or FRANCES H KING ESTATE's Constitutional protections and breached personal property rights under *18 USC Code 242* as well as ***Amendment IV of the Constitution***.

The Executor fully objects to the proffers and presumptions offered by BROCK & SCOTT PLLC, their counsel and/or staff on behalf of WELLS FARGO BANK/WELLS FARGO HOME MORTGAGE. ***The defendant should not be allowed to proffer representations instead of lawful evidence.*** The forthcoming Servicing & Pooling Agreement shall offer evidential proof defendant WELLS has been previously paid and there is no default. Executor therefore moves the court to proffer in an evidential hearing that will show that the WELLS FARGO BANK, BROCK & SCOTT, PLLC., nor the STATE OF NEW JERSEY have no lawful standing no purpose for these unlawful actions as the alleged debt has previously been paid. Thus the defendants have conspired to commit blatant embezzlement of the Executor's Estate and personal private property causing severe financial injury to the plaintiff & defamation of the character of Executor's company as well as eradication of his credit standing and banking relationships. All this in their unlawful attempts to aid and abet certain individuals in the theft of Executor's Private property. The Supreme Court has spoken on such matters: ***Miller v. Affiliated Financial Corp. N.D. Ill. 1984, 600 F.Supp. 987.***

As Wells Fargo Bank has received multiple payments on different occasions to pay off the alleged debt it appears this was theft-by-deception as said funds were never credited to my deceased Mother's account (#0482566148). BROCK & SCOTT, PLLC and their attorneys and/or staff have operated in Theft, Slander, Deception, Conspiracy: **18 U.S.C. §§ 371**, Libel & Coercion. All of which are unlawful as duty-bound officers

of the court! These actions are in violation of the Oaths they Swore to the U.S. Constitution & **Federal law (18 USC § 1621)**.

*To "perjure" yourself is to knowingly make misleading or **false statements** under oath or to sign a legal document you know to be false or misleading. This crime is taken very seriously because the foundation of the legal system depends on trust and credibility. After all, just one sworn statement has the power to tip the scales of justice and dramatically alter someone's life. Perjury is considered a crime against justice, since lying under oath compromises the authority of courts, grand juries, governing bodies, and public officials.*

Perjury, was also criminalized at **18 U.S.C. § 1621**. The statute makes it a crime and "willfully contrary to an Oath". As the Executor is the only Lawful Party of Interest he never authorized Attorney Naser Selmanovic, Michael Brock, Debbie Stevenson, Judge Michael Blee, Judge Richard Geiger, Judge M. Susan Sheppard nor WELLS FARGO CEO CHARLES W. SCHARF, WELLS FARGO BANK, NA nor WELLS FARGO BANK to speak on Executor's behalf. These pretenders have no lawful standing, no lawful authority, are not Real-Party-of-Interest, nor has any Corporate Officer provided 1st hand eye-witness testimony, Sworn Oath Testimony nor a Sworn Affidavit of *verified lawful documentary evidence* under penalty of perjury, these actions by their very nature and essence are "heresay", Null & Void and thus inadmissible as evidence. Hence, all claims actions that have taken place in their Dolus alleged foreclosure case Docket # F-001558-20  case are moot and civilly dead in law. Whenever any officer of the court commits this offense during a proceeding in the court, he/she is engaged in "fraud upon the court".

In ***Bulloch v. United States, 763 F.2d 1115, 1121 (10th Cir. 1985)***, the court stated "Fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. ... It is where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function --- thus where the impartial functions of the court have been directly corrupted."

*"Fraud upon the court" makes void the orders and judgments of that court. It is also clear and well-settled Illinois law that any attempt to commit "fraud upon the court" vitiates the entire proceeding. The People of the State of Illinois v. Fred E. Sterling, 357 Ill. 354; 192 N.E. 229 (1934)*

*"The maxim that fraud vitiates every transaction into which it enters applies to judgments as well as to contracts and other transactions."); Allen F. Moore v. Stanley F. Sievers, 336 Ill. 316; 168 N.E. 259 (1929) ("The maxim that fraud vitiates every transaction into which it enters."); In re Village of Willowbrook, 37 Ill.App.2d 393 (1962) ("It is axiomatic that fraud vitiates everything."); Dunham v. Dunham, 57 Ill.App. 475 (1894), affirmed 162 Ill. 589 (1896); Skelly Oil Co. v. Universal Oil Products Co., 338 Ill.App. 79, 86 N.E.2d 875, 883-4 (1949); Thomas Stasel v. The American Home Security Corporation, 362 Ill. 350; 199 N.E. 798 (1935).*

Defendant's alleged "foreclosure action" has no lawful basis, no standing and thus no jurisdiction whatsoever. In fact Judge Sheppard and other judges should tread lightly as acting recklessly in choosing to facilitate this unlawful matter without standing, in violation of due process laws, civil rights laws, no proof of jurisdiction nor authorization of the Executor and lawful owner is a blatant violation of a judges' code of conduct. The Code of Conduct of the Judiciary which regulates judicial actions and defines rules for judges speaks clearly on these matters:

Canon 2 – "A Judge Should Avoid Impropriety and the Appearance of Impropriety in all Activities."
(A) *Respect for Law*. A judge should respect and comply with the law and should act at all times in a manner that promotes public confidence in the integrity and impartiality of the judiciary.

(B) *Outside Influence*. A judge should not allow family, social, political, financial, or other relationships to influence judicial conduct or judgment. A judge should neither lend the prestige of the judicial office to advance the private interests of the judge or others nor convey or permit others to convey the impression that they are in a special position to influence the judge. A judge should not testify voluntarily as a character witness.

I say again: I AM, Royal Knight Commander Jerry L. King, Jr., Executor, Sui Juris, of FRANCES H KING ESTATE. I have lawfully and with clean hands disputed the claim of alleged non-payment in its entirety for more than 34 months with no cooperation from Brock & Scott PLLC nor their attorneys. Executor has executed payments on multiple occasions in lawful tender only to have those payments returned in paper worthless check format & substance which is different from the format in which they were sent. Executor has requested a full accounting of the money trail and not just the documentary trail which contains recitations and redactions of transactions that were never completed or never occurred at all. WELLS FARGO BANK refused to provide this information (see attached letter/exhibit). As a result an order of request has been facilitated from the from the Securities & Exchange Commission and is forthcoming.

Now either we all (including judges, attorneys, law firms, court clerks, notaries and/or affiliated staff) are going to *follow the rule of law* in this case or we are not. If not, the entire proceedings are color-of-law actions and as such are null and void. Therefore, BROCK & SCOTT PLLC, Naser Selmanovic, Esq., Michael Brock, Debbie Stevenson, Judge Michael Blee, Judge Richard Geiger, Judge M. Susan Sheppard and WELLS FARGO BANK have all committed Dolus actions by conspiring, albeit with intent or by accident, Ignorantia juris non excusat or ignorantia legis neminem excusat (ignorance of the law excuses not"[1] and "ignorance of law excuses no one"[2] respectively) in this attempted theft of my private property unlawful entry into my Family Estate Affairs. To willfully proceed to operate under "color of law", deceive, mis-inform, manipulate and attempt to steal my personal and family Estate property without just cause smacks of criminal enterprise & Civil RICO.

Said attempted seizure and sale of Executor's personal property is also being attempted in violation of Due Process and 42 U.S. Code § 1983 - Civil action for deprivation of rights

- Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia. (R.S. § 1979; Pub. L. 96–170, § 1, Dec. 29, 1979, 93 Stat. 1284; Pub. L. 104–317, title III, § 309(c), Oct. 19, 1996, 110 Stat. 3853.)

BROCK & SCOTT PLLC, Naser Selmanovic, Esq., Michael Brock,  Debbie Stevenson, Judge Michael Blee, Judge Richard Geiger, Judge M. Susan Sheppard, WELLS FARGO BANK and even this great court appears to have violated this body of laws. Officers of the court especially are to be above reproach. However, BROCK & SCOTT, PLLC, Naser Selmanovic, Esq., Michael Brock, Debbie Stevenson, Judge Michael Blee, Judge Richard Geiger, Judge M. Susan Sheppard and WELLS FARGO BANK are obligated by LAW to come before the court with "clean hands". Instead they have been presenting themselves as criminals,

thugs and legal terrorists conspiring with "rogue attorneys" all of whom have "dirty-hands" in law. Recklessly misrepresenting the Executor's legal position and performing filings and facilitating actions as if they represent the Executor when they do not!

Whereas, **BROCK & SCOTT PLLC, Naser Selmanovic, Esq., Michael Brock, Debbie Stevenson, Judge Michael Blee, Judge Richard Geiger, Judge M. Susan Sheppard and WELLS FARGO BANK** *are* unlawfully attempting to facilitate a fraudulent seizure of Executors' Estate & Private/Real property located at 1310 Harrison Ave, Pleasantville, N.J. 08232 with wanton reckless abandon, without authorization and in *violation of due process of law*.

These entire proceedings are *tainted, clouded surrounded with willful reckless acts of lawlessness.* "Lender/Bank" and it's agents have been asked on via numerous lawful requests to give proof of claim/verification of the purported debt and status as holder in due course. Presenting poor quality photocopies of bills is not adequate when a True Bill of Accounting and the Accurate, Lawful Money Trail is required by law. This is simple *due process of law* WELLS FARGO BANK refuses to comply with. The U.S. Supreme Court statement has spoken on this matter:

*Where persons arrange to fix contests, claim for civil RICO rises. Venzor v. Gonzalez, N.D. Ill. 1996, 936 F. Supp. 445. No particular RICO injury need be proven to maintain a civil RICO action. Miller v. Affiliated Financial Corp. N.D. Ill. 1984, 600 F.Supp. 987. A showing of competitive injury is not required before a civil claim under RICO can be stated. Yancoski v. E.F. Hutton & Co. Inc. F.D. Pa. 1983, 581 F.Supp. 88. Commercial loss is not required for recovery of damages under this section. Gitterman v. Vitoulis S.D. N.Y. 1982, 564 F.Supp. 46.*

*Plaintiff in racketeering action need only establish that predicate acts were proximate cause of injury. Minpeco, S.A. v. Hunt, S.D.N.Y. 1989, 718 F.Supp. 168.*

Relying on communicated misrepresentations, like the false documents advanced by BROCK & SCOTT PLLC, Naser Selmanovic, Esq., Michael Brock,  Debbie Stevenson, Judge Michael Blee, Judge Richard Geiger, Judge M. Susan Sheppard and WELLS FARGO BANK  has caused a loss is sufficient to state claim under RICO. *Florida Dept. Ins. V. Debenture Guar. M.D. Fla. 1996, 921 F.Supp. 750.*

*Aiding and abetting such as clearly articulated in respect of some of the respondents warrants liability under RICO. In re Sahlen & Associates, Inc. Securities Litigation, S.D. Fla.1991, 773 F.Supp. 342.*

Standing is conferred on a RICO where plaintiff's business or property has been injured by reason of conduct constituting a RICO violation. *Buck Creek Coal, Inc. v. United Workers of America, S.D. Ind. 1995, 917 F.Supp. 601.* To state a RICO claim, private plaintiff has in-fact suffered an injury in her business or property by reason of a violation of the Act. *In re Phar-Mor, Inc. Securities Litigation, W.D. Pa. 1994, 900 F.Supp. 777.* Proof by a preponderance of the evidence is sufficient to finding of liability in a civil RICO action. *See Young v. Meyer & Njus PA, Dist Ct. N. Ill (1997)* Finding that computer printouts are not verification of a debt.

*"[A]n obligation...once extinct, it never revives again," OGDEN v. SAUNDERS. 25 U.S. 213 (1827).*

## LAWS VIOLATED BY THE LISTED PARTIES
**1.  FRAUD under the RICO ACT:**
"Any person injured in his business or property by reason of a violation of section 1962 of this chapter may sue therefore in any appropriate United States district court and shall recover threefold the damages he sustains and the cost of the suit. Because the language of Racketeer Influenced and Corrupt Organizations Act authorizing suit by any person injured in his business or property by reason of violation of Act tracks section 4 of Merryweather Act, rules established in antitrust cases for

identifying proper complaints should be applied to RICO, too. Both requirements of Rule mandating particularity in fraud and liberal notice & philosophy of federal rules apply to RICO claims based upon fraud".

*No good title can pass with a theft. There was no meeting of the minds or mutual assent regarding these property transfers* **and at no time was the only Real Party of Interest/Owner involved in the negotiations.. Therefore, there is no valid agreement & Dolus has occurred. Executor cites multiple counts of dolus & violations under the RICO ACT, U.S. CODE & several Federal Statutes including but not limited to: Theft by Deception, Racketeering, Unconscionable Contracting, Dolus, R.E.S.P.A. Violations as well as other charges listed:**

2. **Federal Law**: 18 U.S.C. §§ 371(Conspiracy), 1001, 1011, 1018, 1341- 1349(Mail fraud), 1951(Hobbs Act), 1961-1968(Rico Act), and others.
3. **Public Law**: Pub.L. 107-56: *inter alia*, Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001: (The USA PATRIOT Act)

<u>UNLAWFUL SEIZURE ACTIONS</u>
1.    Whereas, Whereas, **BROCK & SCOTT PLLC, Naser Selmanovic, Esq., Michael Brock, Debbie Stevenson, Judge Michael Blee, Judge Richard Geiger, Judge M. Susan Sheppard and WELLS FARGO BANK** are  in violation of 12 C.F.R §226.13(d), attempted to unlawfully Seize/collect my real property though all alleged "back taxes" were brought current. Said alleged "monies" pursuant to 12 C.F.R §226.13(e) or (I) by not providing lawful validation, without any indication that payment of such disputed amounts and related charges was tendered, pending the creditor's compliance with 12 C.F.R §226.13. and in the face of *Constitutional dictates* that state:

## Amendment 4 - Search and Seizure. Ratified 12/15/1791.
*<u>The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.</u>*

### DESCRIPTION OF Offenses
**A.** Notary Fraud:
1. The entities listed used notary publics to certify false and fraudulent documents.
     a. forged signatures of people who do not exist.
     b. forged signatures of people who do exist.
2. Persons above have used a notary's seal for the purpose of committing dolus to deprive me of my property.
**B.** Fraudulently altering case filings in opposition of Executors initial intent and instructions:
The above listed people knowingly, willfully and intelligently altered signed, Securitized & sold mortgage notes without lawful transfer documentation between the parties for the express purpose of profiting and using deceptive and unfair business practices to swindle me out of my real property.
**C.** Officers of the court in violation of *18 U.S. Code § 242 - Deprivation of rights under color of law*
**D.** Violations of *<u>11 USC 109,</u>*
**E.** FORENSIC LEGAL RESEARCH & FORENSIC EXAMINATION FINDINGS

## <u>Mortgage Truth & Equity Protection Association (Independent Agency) Findings:</u>
**Federal Trade Commission Sec 5 - Unfair Business Practices – Deceptive Business Acts**
    **1. Unauthorized Agent, Deceptive Business Act – Before a Trustee or Agent can commence a foreclosure, they must be empowered by the beneficiary either by the Executor, a Deed Of Trust or a valid Substitution Of Trustee recorded in the County seat & an Officer Sworn & authorized by The Secretary of HUD.**

2. (C) USC § 1341. Mail Fraud And Swindles - Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations; - by placing in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier; - shall be fined under this title or imprisoned not more than 20 years, or both.

3. Mailing Fraudulent And Deceitful Documents – Pursuant to the discoveries made during this investigation regarding the various instruments containing either forgery, fraud, or other deceitful acts or malfeasance, 1 have noted that these instruments have all been placed in the US Mail or other form of delivery to various individuals and institutions including local government recording offices. It is my belief that these acts constitute mail fraud as cited in USC § 1341 above. Furthermore, a conspiracy to commit mail fraud by all parties named on those instruments exists because of the knowledge of such wrongdoing & the supervisory responsibilities over employees.

4. The Judge may be in violation of Canon 1 of Code of Conduct Guide to the Judicairy - Canon 1:
A Judge Should Uphold the Integrity and Independence of the Judiciary. An independent and honorable judiciary is indispensable to justice in our society. A judge should maintain and enforce high standards of conduct and should personally observe those standards, so that the integrity and independence of the judiciary may be preserved. The provisions of this Code should be construed and applied to further that objective.

5. Brock & Scott PLLC and Naser Selmanovic, Esq  is in violation of the Attorney Code of Ethics:
Competence: A lawyer shall not:
(a) Handle or neglect a matter entrusted to the lawyer in such manner tbat the lawyer's conduct constitutes gross negligence.
(b) Exhibit a pattern of negligence or neglect in the lawyer's handling of legal matters generally.
Note: Adopted July 12, 1984 to be effective September 10, 1984.

RPC 1.2. Scope of Representation and Allocation of Authority Between Client and Lawyer:
(a) A lawyer shall abide by a client's decisions concerning the scope and objectives of representation, subject to paragraphs (c) and (d), and as required by RPC 1.4 shall consult with the client about the means to pursue them. A lawyer may take such action on behalf of the client as is impliedly authorized to carry out the representation. A lawyer shall abide by a client's decision whether to settle a matter.
RPC1.3. Diligence: A lawyer shall act with reasonable diligence & promptness in representing a client.

## ATTORNEYS NOT ALLOWED TO TESTIFY – Rule 601

This is a gross violation of the 11th Amendment Article XI.-The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State. US citizens (FEDERAL CITIZENS) are FOREIGN to the several States and SUBJECTS of the FEDERAL UNITED STATES/STATE of NEW COLUMBIA/ DISTRICT OF COLUMBIA. Attorneys are considered FOREIGN AGENTS under the FOREIGN AGENTS REGISTRATION ACT (FARA) and are Subjects of the Bar Association. Government Is Foreclosed from Parity with Real People – Supreme Court of the United States 1795.

*United States v. Armedo-Sarmiento*, 545 F.2d 785 (2d Cir. 1976). An attorney for a party is an incompetent witness unless all other sources of relevant evidence have been exhausted.
*United States v. Fiorillo*, 376 F.2d 180 (2d Cir. 1967). An attorney for a party is an incompetent witness unless all other sources of relevant evidence have been exhausted.
*United States v. Ewing*, 979 F.2d 1234 (7th Cir. 1992). An attorney for a party is incompetent to testify absent exceptional circumstances.

*Will v. Comprehensive Accounting Corp.*, 776 F.2d 665 (7th Cir. 1985). If an attorney has withdrawn from the case, the attorney is a competent witness.

*United States v. Johnston*, 664 F.2d 152 (7th Cir. 1981). An attorney for a party is an incompetent witness unless all other sources of relevant evidence have been exhausted.

Based on the evidence presented as discovered by the forensic examination, the actions by these individuals and their organizations Civil R.I.C.O. charges are in order against them. Whereas, **BROCK & SCOTT PLLC, Naser Selmanovic, Esq., Michael Brock, Debbie Stevenson, Judge Michael Blee, Judge Richard Geiger, Judge M. Susan Sheppard and WELLS FARGO BANK** for the above & the following violations:

F.      **1. Filing false, forged or fraudulent documents in a public office, a felony.**

   **2. Attorney knowingly acting as a Witness and an Attorney in the same case.**
      **Rule 601 Violation: Federal Rules of Civil Procedure.**

   **3. 18 U.S. Code § 242 - Deprivation of rights under color of law**

   **4. Defacing & Altering of a Security/Mortgage Note, a felony.**

   **5. Transferring real property based on Dolus documentation, a felony.**

   **6. Aiding & abetting the unlawful sale of real property one does not own, a felony.**

   **7. Aiding & Abetting a felon, a felony.**

   **8. Notary Fraud in furtherance of extortion, a felony.**

   **9. Fraudulently altering case documents for one's pecuniary gain, a felony.**

   **10. Theft by deception.**

4. FOURTH CAUSE OF ACTION: Whereas, **BROCK & SCOTT PLLC, Naser Selmanovic, Esq., Michael Brock, Debbie Stevenson, Judge Michael Blee, Judge Richard Geiger, Judge M. Susan Sheppard, WELLS FARGO BANK** *and all other judges acting on Docket # **F-001558-20** are* acting as debt collectors, thus are bound to comply with F.D.C.P.A. Law: *"...a debt collector, engaged collection activity against _ and continues to engage in collection activity without prior advising him as well as attempting to collect on Debts not owed..."*.Executor and the Estate, Sui Juris' due process rights  expressly reserved at 15 USC 1692(g)(3), Harvey v. United Adjusters, 509 F.Supp. 1218 have been grossly violated on multiple occasions by these conspirators, staff & subcontractors for defendant though they have been notified in writing their actions were in violation of Federal Law.

5. FIFTH CAUSE OF ACTION: **BROCK & SCOTT PLLC, Naser Selmanovic, Esq., Michael Brock, Debbie Stevenson, Judge Michael Blee, Judge Richard Geiger, Judge M. Susan Sheppard and WELLS FARGO BANK**  have trespassed on The Executor's F.D.C.P.A. rights and his due process rights by unlawfully publishing an Unvalidated Debt on public record multiple times on multiple occasions in violation of the following:
§ 1692 g(a)(4) Must state Right to Have Verification/Judgment Mailed to Consumer.
§ 1692 g(a)(5) Must Provide Name and Address of original Creditor if Different from Current Creditor.
§ 1692 g(B) Collector must cease collection efforts until debt is validated.

6. SIXTH CAUSE OF ACTION: **Royal Knight Commander Jerry L. King, Jr., Executor, Sui Juris of the FRANCES H KING ESTATE** is lawfully entitled to statutory damages against **BROCK & SCOTT PLLC, Naser Selmanovic, Esq., Michael Brock, Debbie Stevenson, Judge Michael Blee, Judge Richard Geiger, Judge M. Susan Sheppard and WELLS FARGO BANK**  of up to a maximum of Five–Million Dollars ($5,000,000.00). See 15 USC 1692(a)(k). In addition to statutory damages, Executor is lawfully entitled to unlimited additional damages for libel, emotional distress, embarrassment, and humiliation caused by **BROCK & SCOTT PLLC, Naser Selmanovic, Esq., Michael Brock, Debbie Stevenson, Judge Michael Blee, Judge Richard Geiger, Judge M. Susan Sheppard and WELLS FARGO BANK** as a jury should decide. See 15 USC 1692k(a)(1).

7. SEVENTH CAUSE OF ACTION: Defendants have systematically operated in reckless violation of:

<u>18 U.S. Code § 153 - Embezzlement against estate:</u>

*A person described in subsection (b) who knowingly and fraudulently appropriates to the person's own use, embezzles, spends, or transfers any property or secretes or destroys any document belonging to the estate of a <u>debtor</u> shall be fined under this title, imprisoned not more than 5 years, or both.*

*(b)PERSON TO WHOM SECTION APPLIES.—A person described in this subsection is one who has access to property or documents belonging to an estate by virtue of the person's participation in the administration of the estate as a trustee, custodian, marshal, attorney, or other officer of the court or as an agent, employee, or other person engaged by such an officer to perform a service with respect to the estate. (June 25, 1948, ch. 645, <u>62 Stat. 690</u>; <u>Pub. L. 95–598, title III, § 314(a)(1)</u>, (d)(1), (2), Nov. 6, 1978, <u>92 Stat. 2676</u>, 2677; <u>Pub. L. 103–322, title XXXIII, § 330016(1)(K)</u>, Sept. 13, 1994, <u>108 Stat. 2147</u>; <u>Pub. L. 103–394, title III, § 312(a)(1)(A)</u>, Oct. 22, 1994, <u>108 Stat. 4139</u>; <u>Pub. L. 104–294, title VI, § 601(a)(1)</u>, Oct. 11, 1996, <u>110 Stat. 3497</u>.)*

In the above records defendants refused to provide truth of status, refused to provide the specific details of the money trail as well as the Servicing & Pooling agreement and to clearly & effectively communicate the facts of the transactions that occurred in this case. *Misrepresentation of the facts is a blatant lie.* When this occurs on the record it holds severe consequences. The penalties of such action on the part of court officers is an even more dangerous action with even greater consequences. As the Executor and the only real party of interest in this matter I have entrusted these officers of the court to Honor their Oaths & Uphold the legal standard to which they Swore to. However, I cannot continue to stand idly by and watch them break the law and facilitate the theft of my Private Family Estate Property in the process. Officers of the court who have knowledge of the law but systematically choose to violate it are committing felony actions and are the worst offenders in my eyes. They should receive the most severe punishment allowable under law.

The essence of the lawful proof lies in the Original documentation (never presented as evidence) as well as original journal bookkeeping with Allonges (WELLS FARGO BANK refused to provide this upon request) which would go to the heart of their alleged claim. Defendant's blatant, willful refusal to provide the aforementioned data is blatant, willful non-compliance with Federal Mandates. *Any further transmitting of negative, adverse or derogatory information to any 3rd party public record and/or credit reporting service during this case is a blatant violation of 15 USC 1601, et, seq and thusly a FELONY ACT. Furthermore, any collection activity, attempted "foreclosure" or other rogue action in this matter is also a violation of these same laws as well as F.D.C.P.A. & the regulations set forth by the Consumer Financial Protection Bureau.*

## <u>A recent MSNBC Insider Investigation revealed the following:</u>
## <u>Inside the foreclosure factory, they're working overtime.</u>
## <u>by John W. Schoen, Sr. Producer, MSNBC.</u>

"In a quiet office in downtown Charlotte, N.C., dozens of Wells Fargo's foreclosure foot soldiers sit in cubicles cranking out documents the bank relies on to seize its share of the thousands of homes lost to foreclosure every week. <u>They stare at computer screens and prepare sworn affidavits that are used by lenders in courts across the country to seize homes. Paid $30,700 to start, these legal process specialists, the title that goes with the job, swear an oath under penalty of perjury that they're corporate vice presidents.</u> They're peppered with e-mails from managers to meet daily quotas of at least 10 or 11 files day. If they fall short, they face a verbal warning. Then a written. Two written warnings could cost them the paycheck that supports a family. As more than one source for this story told msnbc.com, "I can't afford to lose this job." Pressured to meet daily production quotas, they are likely making mistakes that inadvertently could toss a family out of its home and onto the street, according to these workers. State and federal prosecutors, in a recent settlement with five banks that included Wells Fargo, agreed. The joint state and federal settlement spelled out how the document procedures at the five banks resulted in "loss of homes due to improper, unlawful or undocumented foreclosures," according to the complaint.

"These are mistakes that could cost someone their home," a Wells Fargo document preparer told msnbc.com. *The Wells Fargo worker, who first contacted msnbc.com via email in late January, told of a wide range of concerns about the foreclosure documents she processes.* Some families apparently were denied loan modifications after only cursory interviews, she said.

Other borrowers applying for help sent comprehensive personal financial documents to a fax machine that she discovered had been unattended for weeks. Others landed in foreclosure after owing interest payments of as little as $1.18 a day, according to documents she said she reviewed. The legal process specialist asked not to be identified because she was not authorized to speak about the internal workings of the department, where she has worked since last year. Her account was supported by company documents and by a co-worker in the same office. *"There was one file where they weren't even past due and they were in foreclosure status," the loan processor said. "They're pushing these files and pushing these files...."* Five years into the worst housing collapse since the Great Depression, the foreclosure pipeline that is removing tens of thousands of families from their homes every month rests on a legal process that has been badly compromised by errors, misrepresentation and outright fraud, according to consumer attorneys, state attorneys general, federal investigators and state and federal judges. Sweeping enforcement actions a year ago by the nation's top banking regulators, and a recent settlement among 49 state attorneys general, the Department of Justice and other federal agencies. However, it seems to be business as usual as people who work at Wells Fargo's office at 401 South Tryon Street in Charlotte said some managers are pushing loan processors to fill workload quotas that don't allow enough time to thoroughly review documents. "They're pushed to do numbers," said a manager at the office who wished not to be named. Judges and attorney generals nationwide are in agreement that Wells is a major violator. However, they make so much money their million dollar fines barely impact the bottom line. For Wells foreclosure is big business.

*"We have an adversary system," said New York State Supreme court Judge Arthur Schack, who has rendered harsh opinions and sanctions for improper and fraudulent foreclosure documents. "So if someone doesn't challenge it, it's going to go through."*

As 15 USC, 42 U.S. Code § 1983 was not adhered to, Defendant's lack of lawful standing and numerous specific reckless violations of the *Dodd Frank Act as well as* Federal rules governing *TILA, REG Z sec 226* are blatant aberrations from law.

Due to the fact that federal law has been abridged this shall be construed as WELLS FARGO BANK's *absolute waiver of any and all claims against* Royal Knight Commander Jerry L. King, Jr., Executor, Sui Juris of the FRANCES H KING ESTATE, and your tacit agreement to compensate Royal Knight Commander Jerry L. King, Jr., Executor, Sui Juris of the FRANCES H KING ESTATE for costs and attorney fees as well as unlawful harassment and the disturbing of his "Quiet Enjoyment" per law.

8. Determination by this court, that Federal Law & New Jersey State law, consistent with The Act, affords Royal Knight Commander Jerry L. King, Jr., Executor, Sui Juris of the FRANCES H KING ESTATE a greater protection & relief than The Act justly requires the court's instruction to the jury.

9. A jury's determination that BROCK & SCOTT PLLC, Naser Selmanovic, Michael Brock, Debbie Stevenson, Judge Michael Blee, Judge Richard Geiger, Judge M. Susan Sheppard and WELLS FARGO BANK have consistently violated consumer law justly requires this court's order to BROCK & SCOTT PLLC, Naser Selmanovic, Esq., Debbie Stevenson, Judge Michael Blee, Judge Richard Geiger, Judge M. Susan Sheppard and WELLS FARGO BANK to compensate Royal Knight Commander Jerry L. King, Jr., Executor, Sui Juris of the FRANCES H KING ESTATE for statutory damages not to exceed $2,500,000.00. A jury's determination that BROCK & SCOTT PLLC, Naser Selmanovic, Esq., Michael Brock, Debbie Stevenson, Judge Michael Blee, Judge Richard Geiger, Judge M. Susan Sheppard and WELLS FARGO BANK willfully violated Federal Law and subjected Executor to intentional infliction of emotional distress

though under law they had multiple defaults & NEVER proved their claim, justly requires a jury's decision as to **BROCK & SCOTT PLLC, Naser Selmanovic, Esq., Michael Brock, Debbie Stevenson, Judge Michael Blee, Judge Richard Geiger, Judge M. Susan Sheppard and WELLS FARGO BANK** should be compelled to compensate Dr. S. W. Flowers in a sum equal to one-third the treble damages that **BROCK & SCOTT PLLC, Naser Selmanovic, Esq., Michael Brock, Debbie Stevenson, Judge Michael Blee, Judge Richard Geiger, Judge M. Susan Sheppard and WELLS FARGO BANK** have consistently violated federal law, state law, court rules & consumer law justly requires this court's order that **BROCK & SCOTT PLLC, Naser Selmanovic, Esq., Michael Brock, Debbie Stevenson, Judge Michael Blee, Judge Richard Geiger, Judge M. Susan Sheppard and WELLS FARGO BANK** has committed $3,000,000.00 in punitive damages as a means to amend **BROCK & SCOTT PLLC, Naser Selmanovic, Esq., Michael Brock, Debbie Stevenson, Judge Michael Blee, Judge Richard Geiger, Judge M. Susan Sheppard and WELLS FARGO BANK's** bad behavior. See *Bank of the West v. Superior Court*, 2 Cal. 4th 1254, 1267, 10 Cal Rptr. 2d 538, 833 P.2d 545 (1992) and *Fletcher v. Security Pacific National Bank*, 23 Ca.3d 442, 451, 153 Cal.Rptr. 28, 591 P.2d 51 (1979).

*Per Federal Law defendants have willfully and with wanton, reckless regard violated their Oaths of Office, multiple state & federal laws. UNDER AUTHORITY OF THE CIVIL R.I.C.O. ACT, 18 U.S. Code § 242,THE FAIR DEBT COLLECTIONS PRACTICES ACT & FOR VIOLATIONS UNDER AND NOT LIMITED TO 15 U.S.C. 1601 ET SEQ., 15 USC 1692G.,. 15 U.S. Code § 1602, Federal Law: 18 U.S.C. §§ 371(Conspiracy), 1001, 1011, 1018, 1341- 1349(Mail fraud), 1951(Hobbs Act), 1961-1968(Rico Act), 11 USC 109, 18 U.S.C. § 153 Embezzlement Against Estate_and Dolus.*

This defendant's reckless, unlawful, egregious & Dolus actions have nullified their ability to state and/or prove their unlawful claims. Executor moves for Quiet Title Action on Plaintiff's behalf with penalties against said defendants. As attorneys, judges, notaries, professional bankers, CEO's and CFO's they are supposed to have a solid knowledge of the law in these matters. Thus, Ignorance To The Law Is No Excuse! Notice to the Principal is Notice to the Agent & Notice to the Agent is Notice to the Principal. **Violations of Due Process & 42 U.S. Code § 1983 - Civil action for deprivation of rights, 15 USC 1601, are also in violation of the Oath you all Swore to the U.S. Constitution & 18 USC § 1621**. Bringing fraud before the court is also a felony. Prepare to defend yourselves.

*Ignorantia Juris Non Excusat,*

JURY TRIAL DEMANDED

**Jerry L. King, Jr. Executor, Sui Juris for FRANCES H KING ESTATE
Royal Knight of Malta/UCC1-308, All Rights Reserved, Jus Soli
1310 Harrison Ave - Pleasantville, NJ 08232**

STATE OF NEW JERSEY ACKNOWLEDGMENT COUNTY OF ATLANTIC

Before me, the undersigned, a Notary Public in and for the State of N.J. on this __08__ day of August, 2022 personally appeared **Royal Knight Commander Jerry L King Jr., Executor, Sui Juris** proven to me with valid state I.D. to be the identical person who executed the foregoing instrument of his free and voluntary act & will. Given under my hand, seal & affirmation this day. My commission expires __5/8/2023__ .

Signed _____ Notary Public

JOANNA M NICASIO
Notary Public - State of New Jersey
My Commission Expires May 8, 2023